UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

*IN RE:* CIVIL CONFERENCES

**ORDER**

-------------------------------------------------------------------x

<u>Seibel, J.</u>

 Beginning March 16, 2020, all parties to civil conferences may attend by phone, using the following information:

 <u>Toll-Free Number</u>:  (877) 336-1839
 <u>Access Code</u>:  1047966

 The parties should call in from a landline and announce their names before speaking. This Order is subject to revocation at any time.

**SO ORDERED.**

Dated: March 12, 2020
 White Plains, New York

_____
 CATHY SEIBEL, U.S.D.J.