WILK AUSLANDER LLP
Attorneys for Plaintiff, St. Christopher's, Inc.
1515 Broadway
New York, New York 10036
Phone: (212)981-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. CHRISTOPHER'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH M. FORGIONE AND JMF ACQUISITIONS, LLC, <br><br> Defendants. | Civil Action No. 7:17-cv-04757 <br><br> Civil Action <br><br> FINAL JUDGMENT |

WHEREAS, all claims in the Third Amended Complaint by Plaintiff, St. Christopher's, Inc. ("Plaintiff") against Defendants Joseph M. Forgione and JMF Acquisitions, LLC ("Defendants") having been voluntarily dismissed;

WHEREAS, all claims in the First Amended Counterclaim of Defendants against Plaintiff having been dismissed by the Court by opinion and order dated July 11, 2019;

THIS CAUSE coming on for entry of final judgment on the entire matter in the above-styled cause;

IT IS HEREBY ENTERED AND ADJUDGED, that:

1. Final Judgment is hereby entered in favor of Plaintiff, St. Christopher's, Inc. against Defendants, Joseph

01160178.3

M. Forgione and JMF Acquisitions, LLC dismissing Defendants' First Amended Counterclaim and its individual counts.

Dated: October 13, 2020

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

The Clerk shall close the case.

01160178.3